# Exhibit A

**The Philadelphia Courts — Civil Docket Access**

No Items in Cart | LOGOUT  tparks

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 250700568 |
| Case Caption: | HALL VS TEMPLE HEALTH - CHESTNUT HILL HOSPITAL ETA |
| Filing Date: | Saturday , July 05th, 2025 |
| Court: | MAJOR JURY-EXPEDITED |
| Location: | CITY HALL |
| Jury: | JURY |
| Case Type: | EMPLOYMENT, WRONGFUL DISCHARGE |
| Status: | LISTED FOR CASE MGMT CONF |

## Related Cases

No related cases were found.

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| CASE MANAGEMENT CONFERENCE | 15-OCT-2025 11:00 AM | VIA ADVANCED COMMUN. TECH. | REMOTE HEARING | *unassigned* |

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | FOXWORTH JR, RODERICK L |
| **Address:** | TWO LOGAN SQUARE<br>100 N. 18TH STREET<br>SUITE 303<br>PHILADELPHIA PA 19103<br>(445)248-9911<br>rfoxworth@foxworthlawgroup.com | **Aliases:** | none | |
| 2 | 1 | | PLAINTIFF | HALL, VERONICA |
| **Address:** | 1201 W. AIRDRIE STREET<br>APT. B FRONT | **Aliases:** | none | |

| | | | | |
|---|---|---|---|---|
| | PHILADELPHIA PA 19140 | | | |
| 3 | | | DEFENDANT | TEMPLE HEALTH - CHESTNUT HILL HOSPITAL |
| **Address:** | 8835 GERMANTOWN AVENUE PHILADELPHIA PA 19118 | **Aliases:** | none | |
| 4 | | 6 | DEFENDANT | SEIU HEALTHCARE PENNSYLVANIA |
| **Address:** | 1500 N. 2ND STREET HARRISBURG PA 17102 | **Aliases:** | none | |
| 5 | | | TEAM LEADER | CARPENTER, LINDA |
| **Address:** | 294 CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | none | |
| 6 | | | ATTORNEY FOR DEFENDANT | PARKS, TY |
| **Address:** | 1845 WALNUT STREET 24TH FLOOR PHILADELPHIA PA 19103 (215)656-3639 tparks@wwdlaw.com | **Aliases:** | none | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 05-JUL-2025 03:41 PM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2507010272 | | |
| 05-JUL-2025 03:41 PM | COMMENCEMENT CIVIL ACTION JURY | FOXWORTH JR, RODERICK L | |
| **Documents:** | [Final Cover](Final Cover) | | |
| **Docket Entry:** | none. | | |

| 05-JUL-2025 03:41 PM | PRAE TO ISSUE WRIT OF SUMMONS | FOXWORTH JR, RODERICK L | |
|---|---|---|---|
| Documents: | Praecipe for Writ and Writ of Summons.pdf | | |
| Docket Entry: | PRAECIPE TO ISSUE WRIT OF SUMMONS FILED. WRIT OF SUMMONS ISSUED. | | |
| 05-JUL-2025 03:41 PM | JURY TRIAL PERFECTED | FOXWORTH JR, RODERICK L | |
| Docket Entry: | 12 JURORS REQUESTED. | | |
| 05-JUL-2025 03:41 PM | WAITING TO LIST CASE MGMT CONF | FOXWORTH JR, RODERICK L | |
| Docket Entry: | none. | | |
| 05-JUL-2025 03:41 PM | PRAECIPE - IN FORMA PAUPERIS | FOXWORTH JR, RODERICK L | |
| Documents: | In Forma Pauperis Letter | | |
| Docket Entry: | PRAECIPE TO PROCEED IN FORMA PAUPERIS PURSUANT TO PA R.C.P. 240(D) FILED. | | |
| 17-JUL-2025 06:16 PM | AFFIDAVIT OF SERVICE FILED | FOXWORTH JR, RODERICK L | |
| Documents: | Affidavit of Service.pdf | | |
| Docket Entry: | AFFIDAVIT OF SERVICE OF N/A UPON TEMPLE HEALTH - CHESTNUT HILL HOSPITAL BY PERSONAL SERVICE ON 07/09/2025 FILED. (FILED ON BEHALF OF VERONICA HALL) | | |
| 12-AUG-2025 04:10 AM | COMPLAINT FILED NOTICE GIVEN | FOXWORTH JR, RODERICK L | |
| Documents: | Complaint.pdf | | |
| Docket Entry: | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF VERONICA HALL) | | |

| 23-AUG-2025 09:27 AM | AFFIDAVIT OF SERVICE FILED | FOXWORTH JR, RODERICK L | |
|---|---|---|---|
| **Documents:** | [Certificate of Service.pdf] | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON TEMPLE HEALTH - CHESTNUT HILL HOSPITAL BY FIRST CLASS REGULAR MAIL ON 08/22/2025 FILED. (FILED ON BEHALF OF VERONICA HALL) | | |
| | | | |
| 25-AUG-2025 01:04 AM | PRAECIPE TO REINSTATE CMPLT | FOXWORTH JR, RODERICK L | |
| **Documents:** | [Praecipe to Reinstate Complaint.pdf] | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF VERONICA HALL) | | |
| | | | |
| 08-SEP-2025 12:03 AM | PRAECIPE TO REINSTATE CMPLT | FOXWORTH JR, RODERICK L | |
| **Documents:** | [Praecipe to Reinstate Complaint.pdf] | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF VERONICA HALL) | | |
| | | | |
| 15-SEP-2025 12:35 AM | PRAECIPE TO REINSTATE CMPLT | FOXWORTH JR, RODERICK L | |
| **Documents:** | [Praecipe to Reinstate Complaint.pdf] | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF VERONICA HALL) | | |
| | | | |
| 22-SEP-2025 11:40 AM | LISTED FOR CASE MGMT CONF | | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 23-SEP-2025 07:32 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR 15-OCT-2025. | | |

| 01-OCT-2025 08:53 AM | ENTRY OF APPEARANCE | PARKS, TY | |
|---|---|---|---|
| **Documents:** | Ty Parks EOA.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF TY PARKS FILED. (FILED ON BEHALF OF SEIU HEALTHCARE PENNSYLVANIA) | | |
| | | | |
| 02-OCT-2025 07:33 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR 15-OCT-2025. | | |
| | | | |
| 08-OCT-2025 10:20 PM | SHERIFF'S SERVICE | FOXWORTH JR, RODERICK L | |
| **Documents:** | Sheriffs Return of Service -Dauphin County.pdf | | |
| **Docket Entry:** | DEPUTIZED SERVICE OF PLAINTIFF'S COMPLAINT UPON SEIU HEALTHCARE PENNSYLVANIA BY SHERIFF OF DAUPHIN COUNTY ON 09/30/2025. (FILED ON BEHALF OF VERONICA HALL) | | |

▶ Case Description      ▶ Related Cases      ▶ Event Schedule      ▶ Case Parties      ▶ Docket Entries

[E-Filing System]   [Search Home]