# Exhibit B

RECEIVED SEP 26 2025

CC: AC KM SG
org: file

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

SEIU HEALTHCARE PENNSYLVANIA
1500 N. 2ND STREET
HARRISBURG, PA 17102

HALL VS TEMPLE HEALTH - CHESTNUT HILL HOSPITAL ETA
250700568

SCHEDULING ORDER

AND NOW, SEPTEMBER 23, 2025, it is hereby Ordered that:

1. A Case Management Conference is scheduled for October 15, 2025, at 11:00 A.M., using Zoom video conferencing.

2. Counsel and/or self-represented parties shall access the Case Management Conference through Zoom link posted on the following website under "Common Pleas-Civil Remote Hearing Information:"

https://www.courts.phila.gov/remote-hearings/

Scroll down within the section "Remote Hearing Information by Court Event Type" under "General Program Hearings" to "Case Management Conference." The Zoom link may be updated periodically, so use the Zoom link that is present on the date of the Conference.

3. Counsel for Plaintiff is directed to serve a copy of this Order on any unrepresented party and any attorney entering an appearance subsequent to the issuance of this Order.

4. Failure to file a Complaint or effectuate service of process prior to the conference date may result in the issuance of a Rule to Show Cause.

5. Five (5) days prior to the Case Management Conference date, all parties are required to electronically file with the Court and serve upon all opposing counsel and/or opposing parties not electronically served by the court a fully completed Case Management Memorandum.

SCHEDULING ORDER - Page 2

HALL VS TEMPLE HEALTH - CHESTNUT HILL HOSPITAL ETA
250700568

Failure to timely file a Case Management Memorandum may result in monetary sanctions. To electronically file the Case Management Memorandum, access the "Existing Case" section of the court's electronic filing system. Select "Conference Submissions" as the filing category. Select "Management Memorandum" as the filing type. Any party not registered with the electronic filing system ("EFS") may submit the memorandum via e-mail or USPS first class mail:
CivilCaseManagement@courts.phila.gov
Civil Case Management Conference Center
613 City Hall
Philadelphia PA 19107

6. This conference will be conducted by a Civil Case Manager who shall act on behalf of the Honorable LINDA CARPENTER.

7. Counsel must be prepared to address all relevant issues concerning venue, service of process, pleadings, discovery, possible joinder of additional parties, theories of liability or defenses, and damages claimed.

8. At the conclusion of the conference a Case Management Order shall be entered which shall govern the case.

9. If the case settles prior to the conference, electronically file a settlement letter. To file the letter electronically, access the "Existing Case" section of the court's electronic filing system. Select "Conference Submissions" as the filing category. Select "Settlement Letter" as the document type.

10. Please direct any questions concerning this Order and its contents to CivilCaseManagement@courts.phila.gov or to 215-686-5135 or 215-686-3710.

11. Click the following link to access important documents related to the scheduled event:
http://www.courts.phila.gov/pdf/forms/civil/CMC-105.pdf

OFFICE OF THE DEPUTY
COURT ADMINISTRATOR